RECEIVED
SEP 2 2 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-CR-00287 |
| | * | |
| VERSUS | * | |
| | * | JUDGE Walter |
| LETITIA C. SCOTT | * | MAGISTRATE JUDGE HORNSBY |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1-29

### 26 U.S.C. § 7206(2)

On the dates set forth below, in the Western District of Louisiana and elsewhere, the defendant, LETITIA C. SCOTT, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of the United States, of income tax returns for the taxpayers set forth below for the calendar year 2006, which were false and fraudulent as to material matters as set forth below, in that they represented that the said taxpayers were entitled under the provisions of the internal revenue laws to refunds in the amounts set forth below, when the defendant then and there well knew and believed that said claims were false and that said taxpayers were not lawfully entitled to the refunds in the amounts claimed for said calendar year:

| Count | Date of Offense | Taxpayer | Material False Claim | Refund Amount Claimed |
|---|---|---|---|---|
| 1 | 1/16/07 | B.B. | False Form W-2: The Main Event | $5,832.00 |
| 2 | 2/15/07 | K.B. | False Form W-2: Dreamers Entertainment | $2,889.00 |
| 3 | 1/16/07 | S.C. | False Form W-2: Federal Enterprises | $4,925.00 |
| 4 | 3/14/07 | A.C. | False Form W-2: Dreamers | $4,586.00 |
| 5 | 2/3/07 | L.D. | False Form W-2: Dreamers Entertainment | $3,243.00 |
| 6 | 2/10/07 | R.D. | False Form W-2: Dreamers Entertainment | $4,136.00 |
| 7 | 1/18/07 | Q.G. | False Form W-2: Chatman's Construction | $4,748.00 |
| 8 | 2/3/07 | F.G. | False Form W-2: The Main Event | $4,636.00 |
| 9 | 1/13/07 | T.J. | False Form W-2: Federal Enterprises | $4,821.00 |
| 10 | 1/27/07 | L.J. | False Form W-2: Federal Enterprises | $4,662.00 |
| 11 | 2/1/07 | M.J. | False Form W-2: Federal Enterprises | $5,280.00 |

| Count | Date of Offense | Taxpayer | Material False Claim | Refund Amount Claimed |
|---|---|---|---|---|
| 12 | 1/20/07 | B.L. | False Form W-2: Federal Enterprises | $4,786.00 |
| 13 | 2/8/07 | T.L. | False Form W-2: Federal Enterprises | $4,279.00 |
| 14 | 1/27/07 | C.M. | False Form W-2: The Main Event | $4,119.00 |
| 15 | 1/16/07 | E.N. | False Form W-2: The Main Event | $5,093.00 |
| 16 | 2/5/07 | M.P. | False Form W-2: Dreamers | $4,534.00 |
| 17 | 2/16/07 | E.R. | False Form W-2: Federal Enterprises | $3,358.00 |
| 18 | 1/16/07 | B.R. | False Form W-2: Chatman's Construction | $4,775.00 |
| 19 | 2/3/07 | L.R. | False Form W-2: Four Aces Bailbonds | $4,213.00 |
| 20 | 1/19/07 | W.R. | False Form W-2: Chatman's Construction | $4,250.00 |
| 21 | 1/30/07 | A.S. | False Form W-2: Federal Enterprises | $4,360.00 |
| 22 | 1/19/07 | D.S. | False Form W-2: Federal Enterprises | $4,220.00 |

| Count | Date of Offense | Taxpayer | Material False Claim | Refund Amount Claimed |
|---|---|---|---|---|
| 23 | 2/17/07 | I.S. | False Form W-2: Federal Enterprises | $4,629.00 |
| 24 | 3/1/07 | D.S. | False Form W-2: Dreamers Entertainment | $5,208.00 |
| 25 | 1/16/07 | N.W. | False Form W-2: Chatman's Construction | $4,728.00 |
| 26 | 1/16/07 | L.W. | False Form W-2: The Main Event | $4,745.00 |
| 27 | 1/19/07 | T.W. | False Form W-2: The Main Event | $4,560.00 |
| 28 | 1/16/07 | T.W. | False Form W-2: Chatman's Construction | $4,798.00 |
| 29 | 1/20/07 | J.Y. | False Form W-2: The Main Event | $5,447.00 |

All in violation of Title 26, United States Code, Section 7206(2) [26 U.S.C. § 7206(2)].

A TRUE BILL

STEPHANIE A. FINLEY
UNITED STATES ATTORNEY

_____
J. SCOTT WILLIAMS (NY # 4162046)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA 71101
318-676-3600