RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE  12/27/12
BY  DM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NUMBER: 10-CR-00287** |
| **VERSUS** | **JUDGE WALTER** |
| **LETITIA C. SCOTT** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

Considering the foregoing motions and reasons:

**IT IS ORDERED** that Alex J. Washington is allowed to withdraw as counsel for the defendant, Letitia C. Scott.

**IT IS FURTHER ORDERED** that an extension of time for the filing of the Notice of Appeal is given until the _1_ day of _February_, 20_13_.

**IT IS FURTHER ORDERED** that this matter is hereby referred to the Office of the Federal Public Defender for assignment of appeal counsel to handle the balance of the defendant's case.

**THUS DONE AND SIGNED** in the City of Shreveport, Caddo Parish, Louisiana on this _27_ day of _Dec_, 20_12_.

_____
**UNITED STATES DISTRICT JUDGE**