**Letitia C. Scott - 10-287**
**Louise Rambo**   to: Nancy Lundy                                     01/07/2013 11:34 AM

From:   Louise Rambo/LAWF/05/FDO@FDO
To:     Nancy Lundy/LAWD/05/USCOURTS@USCOURTS

Please be advised by this writing, Christopher Aberle is appointed through this office for purpose of appeal.

Please make this email a part of the record.  Thanks.

Louise  Rambo
CJA Panel Administrator
Office of the Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana  71101
(318)676-3310  (Office)
(318)676-3313  or (318)934-4885  FAX
louise_rambo@fd.org